IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LYNETTE ROMANSKY,

    Plaintiff,

vs.                                     CIV No. 17-0145 KG/KBM

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## **ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR REMAND**

Upon consideration of Defendant's Unopposed Motion for Remand (Doc. 27), and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the cause to the Commissioner for further administrative proceedings.

The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:
*Electronically submitted 09/26/2017*
MELISSA SCHUENEMANN
Special Assistant United States Attorney

*Electronically submitted 09/26/2017*
HELEN LAURA LOPEZ
Plaintiff's Attorney